UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-343-FDW

| | |
|---|---|
| DARRYL BOYD ADKINS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| FNU MARTIN, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Third Additional Motion Default Judgment Against Defendant & Waiver," (Doc. No. 27).

Petitioner alleges that Defendant Martin failed to respond timely for the service waiver request and that default judgment should be entered in Plaintiff's favor. This Motion is duplicative of Plaintiff's prior motions seeking default judgment, (Doc. Nos. 23, 25), and is denied for the same reasons. See (Doc. No. 26).

**IT IS THEREFORE ORDERED** that:

Plaintiff's "Third Additional Motion Default Judgment Against Defendant & Waiver," (Doc. No. 27), is **DENIED.**

Signed: September 7, 2018

Frank D. Whitney
Chief United States District Judge

1