UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-343-FDW

| | |
|---|---|
| DARRYL BOYD ADKINS, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| FNU MARTIN, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Motion of Defendant Summons" (Doc. No. 33), in which Plaintiff appears to seek an Order from the Court requiring Defendant to serve him with an Answer to the Complaint.

The Court has granted Defendant Martin's Motion seeking an extension of time to file the Answer, which is now due on October 25, 2018. See (Doc. No. 31). Plaintiff's Motion seeking an Order for the Defendant to serve him with a copy of the Answer will therefore be denied as premature.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion of Defendant Summons" (Doc. No. 33), is **DENIED.**

Signed: September 18, 2018

Frank D. Whitney
Chief United States District Judge

1