**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-343-FDW**

| | |
|---|---|
| DARRYL BOYD ADKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU MARTIN, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's "Motion for an Objection of Defendant's Enlargement of Time to Answer." (Doc. No. 35). Plaintiff's objection is moot because the Extension of Time to Answer has already been granted. See (Doc. No. 31).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is **DENIED** as moot.

Signed: September 28, 2018

Frank D. Whitney
Chief United States District Judge

1